[No. 33253-5-III.   Division Three.   March 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL A. ROSIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-04400-4, Harold D. Clarke III, J., entered February 26, 2015. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Pennell, JJ.

[No. 33257-8-III.   Division Three.   March 15, 2016.]

GARY WADDOUPS, *as Personal Representative, Appellant*, v. NATIONWIDE LIFE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-2-00759-0, Cameron Mitchell, J., entered March 2, 2015. *Reversed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 33554-2-III.   Division Three.   March 15, 2016.]

*In the Matter of the Personal Restraint of* CHRISTOPHER JAMES RIDLEY, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 33724-3-III.   Division Three.   March 15, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. SCOTT MONTGOMERY NICHOLAS, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 12-1-00107-5, Brian P. Altman, J., entered August 20, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.